IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LINDA CAROL LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:15-CV-010-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, that the decision of the Commissioner is **REVERSED**, and that the above-styled and -numbered cause is hereby **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

Dated this 16 day of November, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE